# In the United States District Court
## For the Southern District of Georgia
## Brunswick Division

CALVIN SMITH,         *
        *
        Plaintiff,       *     CIVIL ACTION NO.: 2:20-cv-119
        *
     v.            *
        *
ANTONIO JONES,       *
        *
        Defendant.      *

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 43. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendant's Motion to Dismiss, dkt. no. 17, **DENIES as moot** Defendant's Motion for Summary Judgment, dkt. no. 36, and **DISMISSES without prejudice** Plaintiff's Complaint. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff leave to

proceed *in forma pauperis* on appeal.

    **SO ORDERED**, this ____ day of _____, 2022.

                                     _____
                                     HON. LISA GODBEY WOOD, JUDGE
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA

2